UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

PHILIP LAWRENCE
DUFRESNE,

        Plaintiff,

v.                                Case No: 6:21-cv-1946-GKS-LHP

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.

## ORDER

THIS CAUSE comes before the Court upon Defendant's, the Commissioner of Social Security (Commissioner), Unopposed Motion to Remand Under Sentence Six of 42 U.S.C. § 405(g), (Doc. 15) (Motion). The basis of Defendant's Motion is that "significant portions of the recording of Plaintiff's hearing held on May 4, 2021, are inaudible," thus good cause for remand exists. (Doc. 15:2). The Court referred the Motion to the United States Magistrate Judge for a report and recommendation (Report and Recommendation).

On February 1, 2022, the United States Magistrate Judge issued a Report and Recommendation (Doc. 17), recommending that Defendant's Motion be granted, the Commissioner's decision be remanded, and to administratively close the case.

After review and consideration of the Report and Recommendation, and no objections to the Report and Recommendation having been filed, it is hereby **ORDERED** and **ADJUDGED** as follows:

> 1. United States Magistrate Judge Leslie Hoffman Price's Report and Recommendation, (Doc. 17), is **APPROVED and ADOPTED** and is made part of this Order for all purposes, including appellate review.
>
> 2. Defendant's Unopposed Motion for Entry of Judgment with Remand Under Sentence Six of 42 U.S.C. § 405(g), (Doc. 15), is **GRANTED**.
>
> 3. The action is **REMANDED** to the Commissioner for further proceedings pursuant to sentence six of 42 U.S.C. § 405(g), for the reason stated by the Commissioner.
>
> 4. The Clerk of Court is **DIRECTED** to administratively **CLOSE** this case.

**DONE AND ORDERED** at Orlando, Florida, this 24 day of February, 2022.

_____
G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record
Unrepresented Parties

2