# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

PHILIP LAWRENCE DUFRESNE,

    Plaintiff,

v.                                                      Case No. 6:21-cv-1946-RBD-LHP

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____

## ORDER

This Social Security appeal was previously remanded to complete the administrative record; the Commissioner now moves unopposed to reopen and continue the case since the record has been completed. (Docs. 18, 21.) On referral, U.S. Magistrate Judge Leslie Hoffman Price entered a Report and Recommendation stating that the Court should grant the Commissioner's motion. (Doc. 22 ("R&R").) The time has passed and the parties did not object, so the Court examines the R&R for clear error only. *See Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding none, the R&R is due to be adopted in its entirety.

Accordingly, it is **ORDERED AND ADJUDGED**:

1.     The R&R (Doc. 22) is **ADOPTED AND CONFIRMED** and made a part of this Order in its entirety.

2. The Commissioner's motion (Doc. 21) is **GRANTED**.

3. The Clerk is **DIRECTED** to reopen this case, with all further proceedings governed by the Supplemental Rules for Social Security Actions Under 42 U.S.C. § 405(g).

**DONE AND ORDERED** in Chambers in Orlando, Florida, on February 29, 2024.

ROY B. DALTON, JR.
United States District Judge