**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

PHILIP LAWRENCE DUFRESNE,

    Plaintiff,

v.                                                  Case No. 6:21-cv-1946-RBD-LHP

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____

## ORDER

In this Social Security case, the Commissioner has moved unopposed for remand to conduct further administrative proceedings. (Doc. 32.) On referral, U.S. Magistrate Judge Leslie Hoffman Price entered a Report and Recommendation stating that the Court should grant the motion. (Doc. 33 ("R&R").) The time has passed and there were no objections, so the Court examines the R&R for clear error only. *See Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding none, the R&R is due to be adopted in its entirety.

Accordingly, it is **ORDERED AND ADJUDGED**:

1. The R&R (Doc. 33) is **ADOPTED AND CONFIRMED** and made a part of this Order in its entirety.

2. The Commissioner's motion to remand (Doc. 32) is **GRANTED**.

3. The final decision of the Commissioner is **REVERSED AND REMANDED** for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) for the reasons stated in the R&R.

4. The Clerk is **DIRECTED** to enter judgment in favor of Plaintiff and against the Commissioner, terminate all other pending motions as moot, and then close the case.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on June 7, 2024.

ROY B. DALTON, JR.
United States District Judge